Arthur M. Tolson, Respondent, v. Frederick Schmidt, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William A. Tenney, Appellant, v. The A. L. Barber Asphalt Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Walter C. Carr and Lucretia M. Carr, Suing on Behalf of Themselves and of All Other Persons Similarly Situated, Respondents, v. Horatio G. Kimball and Others, Appellants, Impleaded with James A. Ryan.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary L. Tilden, in Behalf of Herself and Other Shareholders of the New York Realty Owners Company, Appellant, v. New York Realty Owners and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jennie Ford, as Administratrix, etc., of Christopher Ford, Deceased, Respondent, v. Interborough Rapid Transit Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Theodore S. Miller, as a Director of Hondur-American Cattle, Agricultural and Colonization Company, Appellant, v. Peter T. Barlow and Others, Impleaded with Josiah Quincy, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The J. E. Manix Company, Appellant, v. Oscar W. Wentzel and Others, Impleaded with Joseph Hoegerl, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Grace L. White, as Administratrix De Bonis Non, etc., of George Roman, Deceased, Appellant, v. Emigrant Industrial Savings Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Ladew, Appellant, v. Albany Savings Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Geddes, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Katherine A. Carney, Respondent, v. Oliver A. Tibbetts, Appellant (No. 2).— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. John Dunn.— Motion to dismiss appeal granted.

The People of the State of New York v. Ong Sing and Emma Chee.— Motion to dismiss appeal granted.

Joseph N. Early v. Thomas E. Munday.— Motion to dismiss appeal denied.

In the Matter of Albert Kaluber, Deceased.— Motion to dismiss appeal granted on condition stated in order.

John Gray, as Administrator, etc., v. The City of New York.— Motion to dismiss appeal denied.

Hargraves Mills v. William S. Gordon.— Motion to dismiss appeal denied.